Nicholas M. Porras
(NV Bar No. 12849)
nick@dwaldmanlaw.com
Waldman & Porras, PLLC
201 West Liberty St. Ste. 207
Reno, NV 89501
PH: 775.525.9246
FAX: 888.688.4975

*Attorneys for Defendants,*
*Madison Management Services, PLLC*
*Waldman & Porras, PLLC*

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| LISA A. BRYANT,<br><br>  Plaintiff,<br><br>vs.<br><br>MADISON MANAGEMENT SERVICES, LLC AND PORRAS, PLLC,<br><br>  Defendant. | Civil Action No. 2:20-cv-00594-JAD-EJY<br><br>ORDER ON AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS MADISON MANAGEMENT SERVICES, LLC AND WALDMAN & PORRAS, PLLC'S TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT |

On May 5, 2020, Plaintiff, LISA A. BRYANT ("Plaintiff"), and DEFENDANTS MADISON MANAGEMENT SERVICES, LLC AND WALDMAN & PORRAS, PLLC. ("Defendants"), filed an Agreed Motion for Extension of Time for Defendnat to file an Answer to Plaintiff's Compliant (the "Motion").

1

After considering the same, it is hereby ORDERED that the Motion (ECF No. 7) is GRANTED. Defendant MADISON MANAGEMENT SERVICES, LLC's Answer is due on or before May 20, 2020 and May 21, 2020.

Dated: May 6, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**