George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@hainesandkrieger.com
Attorney for Plaintiff
*Lisa A. Bryant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA A. BRYANT,<br><br>                     Plaintiff,<br><br>          v.<br><br>MADISON MANAGEMENT SERVICES, LLC, AND PORRAS, PLLC,<br><br>                     Defendant. | Civil Case No. 2:20-cv-00594-JAD-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS RESPONSE DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Lisa A. Bryant ("Plaintiff") and Defendants Madison Management Services, LLC and Porras, PLLC ("Lisa A. Bryant", and together with Defendant, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

- Plaintiff filed a Complaint (the "Complaint") in this Court on March 27, 2020;
- Defendants filed its Motion to Dismiss on May 20, 2020; and
- Plaintiff's opposition is currently due on June 3, 2020.

The parties are requesting an extension of at least 30-days. This is the first stipulation for extension of time to file responses to the Motion to Dismiss filed on May 20, 2020. The Plaintiff is

requesting the extension due to some recent staff changes at Haines & Krieger, LLC and that certain staff members were temporarily limited by their personal situations that were directly impacted by COVID-19.

IT IS HEREBY STIPULATED AND AGREED Plaintiff's deadline to file and serve any point and authorities in response to the motion shall be extended 30-days and shall be due on or before July 2, 2020.

IT IS FURTHER STIPULATED AND AGREED Defendant's deadline to file and serve any reply in support of its motion shall be extended by at least 30-days and shall be due on July 9, 2020.

| | |
|---|---|
| Dated: May 29, 2020 | Dated: May 29, 2020 |
| **HAINES & KRIEGER, LLC** | **WALDMAN & PORRAS, PLLC** |
| By: */s/George Haines*_____ <br> George Haines, Esq. NV Bar 9411 <br> 8985 S. Eastern Ave, Suite 350 <br> Las Vegas, NV 89123 | By: */s/ Nicholas M. Porras* <br> Nicholas M. Porras, Esq. NV Bar 12849 <br> 201 West Liberty St. Ste.207 <br> Reno, Nevada  89501 <br><br> *Attorneys for Defendants* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: June 3, 2020.

2