UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA A. BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>MADISON MANAGEMENT SERVICES, LLC AND PORRAS, PLLC,<br><br>    Defendants. | Case No. 2:20-cv-00594-JAD-EJY<br><br>**ORDER** |

Before the Court is the Discovery Plan and Proposed Scheduling Order (ECF No. 18). The parties seek an initial discovery period of 360 days, which is twice the length of time ordinarily approved by the Court. The parties offer a single sentence to support the extraordinary request. They state nothing other than the issues involve fraud to justify a 360 day discovery period. Given the length of time requested, the parties must provide something more than their one sentence justification.

Accordingly, IT IS HEREBY ORDEED that the Discovery Plan and Proposed Scheduling Order (ECF No. 18) is DENIED. The parties may submit a discovery plan and scheduling order seeking 180 days of discovery with all attendant dates or submit a revised plan seeking substantially more time so long as it is supported by adequate information allowing the Court to consider their request.

Dated this 27th day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1