UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LISA A. BRYANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADISON MANAGEMENT SERVICES, LLC AND PORRAS, PLLC,<br><br>　　　　Defendants. | Case No. 2:20-cv-00594-JAD-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Discovery Plan and Scheduling Order (ECF No. 20).  On July 27, 2020, the Court denied the stipulated discovery plan and scheduling order submitted by the parties because the parties sought an initial discovery period of 360 days providing insufficient support for this request.  ECF No. 19.  The Court ordered the parties to either "submit a discovery plan and scheduling order seeking 180 days of discovery with all attendant dates or submit a revised plan seeking substantially more time so long as it is supported by adequate information allowing the Court to consider their request."  *Id.*  Plaintiff has complied with the Court's Order.

　　　　Accordingly, IT IS HEREBY ORDERED that by or before **August 18, 2020**, Defendant shall submit either (1) a notice that it is in agreement with Plaintiff's proposed discovery plan and scheduling order, or (2) its own proposed discovery plan and scheduling order for the Court's consideration.

　　　　Dated this 12th day of August, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE