George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Ste. 350
Beltway Corporate Center
Las Vegas, NV 89123
Telephone:702.880.5554
ghaines@freedomlegalteam.com
*Counsel for Plaintiff Lisa A. Bryant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **LISA A. BRYANT,** | Case No.: 2:20-cv-00594-JAD-EJY |
| Plaintiff, | |
| v. | |
| **MADISON MANAGEMENT SERVICES, LLC, and WALDMAN & PORRAS, PLLC,** | ~~[PROPOSED]~~ **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| Defendants. | **[FIRST REQUEST]** |

Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, Plaintiffs Jeffrey K. Engler and Katherine M. Sennes-Engler ("Plaintiffs") and CMG Mortgage Inc. d/b/a CMG Financial ("CMG") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend discovery deadlines and other deadlines in the March 11, 2020 Scheduling Order (ECF No. 24) as follows:

    **1.**    **Completed Discovery.**

The parties have exchanged initial disclosures. Plaintiff has served written discovery.

    **2.**    **Remaining Discovery.**

Written discovery responses from Defendants and the parties' depositions.

### 3. Good Cause.

On October 5, 2020, Defendants filed a Motion for Extension of Time to Responds to Discovery Requests ("Motion for Extension") because Defendants are working remotely and on a reduced staff due to the Covid 19 pandemic. *See* ECF No. 25. On October 21, 2020, the Court granted Defendants' Motion for Extension and Defendants' discovery responses are now due on November 4, 2020. *See* ECF No.26.

Thus, the parties are seeking a 90-day extension to ensure that the pending discovery can be completed without requesting additional time. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. Furthermore, a trial date has not been set at this time.

### 5. Current Discovery Deadlines.

- Discovery Cutoff: **January 5, 2021**
- Deadline to Amend Pleadings: **October 7, 2020**
- Deadline to Disclose Initial Expert Disclosures: **November 6, 2020**
- Deadline to Disclose Rebuttal Expert Disclosures: **December 7, 2020**
- Dispositive Motion Deadline: **February 4, 2021**
- Joint Proposed Pretrial Order: **March 8, 2021**

### 6. Proposed Discovery Deadlines.

- Discovery Cutoff: **April 5, 2021**
- Deadline to Amend Pleadings: **January 7, 2021**
- Deadline to Disclose Initial Expert Disclosures: **February 6, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures: **March 7, 2021**
- Dispositive Motion Deadline: **May 4, 2021**
- Joint Proposed Pretrial Order: **June 8, 2021**

WHEREAS, no prejudice will occur to this Court or the Parties if granted, good cause supports this request to extend discovery;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The August 19, 2020 Scheduling Order shall be amended as follows:

- Discovery Cutoff: **April 5, 2021**
- Deadline to Amend Pleadings: **January 7, 2021**
- Deadline to Disclose Initial Expert Disclosures: **February 6, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures**: March 7, 2021**
- Dispositive Motion Deadline: **May 4, 2021**
- Joint Proposed Pretrial Order: **June 8, 2021**

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 25, 2020 | DATED: October 25, 2020 |
| FREEDOM LAW FIRM, LLC | WALDMAN & PORRAS, PLLC |
| By: /s/ George Haines | By: /s/ Nicholas M. Porras |
| GEORGE HAINES, ESQ.<br>Nevada Bar No.: 9411<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV  89123<br>*Attorney for Plaintiff*<br>LISA BRYANT | NICOLAS M. PORRAS, ESQ.<br>Nevada Bar No.: 12849<br>201 West Liberty Street, Suite 207<br>Reno, NV 89501<br>*Attorney for Defendants*<br>MADISON MANAGEMENT SERVICES, LLC, AND PORRAS, PLLC |

# ORDER GRANTING

## STIPULATION TO EXTEND DISCOVERY

In consideration of the parties' stipulation and good cause showing, **IT IS ORDERED THAT** the August 19, 2020 Scheduling Order shall be amended as follows:

- Discovery Cutoff: **April 5, 2021**
- Deadline to Amend Pleadings: **January 7, 2021**
- Deadline to Disclose Initial Expert Disclosures: **February 6, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures: **March 7, 2021**
- Dispositive Motion Deadline: **May 4, 2021**
- Joint Proposed Pretrial Order: **June 8, 2021**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2020