1  George Haines, Esq.
   Nevada Bar No. 9411
2  FREEDOM LAW FIRM
3  8985 S. Eastern Avenue, Ste. 350
   Beltway Corporate Center
4  Las Vegas, NV 89123
   Telephone: (702) 880-5554
5  ghaines@freedomlegalteam.com
6  *Counsel for Plaintiff Lisa A. Bryant*

7  Marc E. Dann, Esq.
   Ohio Bar No. 44115 (admitted pro hac)
8  DANN LAW FIRM
9  2728 Euclid Avenue, STE 300
   Cleveland, OH 44115
10 Telephone: (216) 373-0539
   mdann@dannlaw.com
11 *Counsel for Plaintiff Lisa A. Bryant*

12

13

14

15            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
16  _____
17  LISA A. BRYANT,                          :
                                             :  Case No.: 2:20-cv-00594-JAD-EJY
18           Plaintiff,                      :
                                             :
19      v.                                   :
                                             :
20                                           :
   MADISON MANAGEMENT SERVICES,              :  **[PROPOSED] STIPULATION AND**
21 LLC, and WALDMAN & PORRAS, PLLC,          :  **ORDER TO EXTEND DISCOVERY**
                                             :
22                                           :
           Defendants.                       :  **[SECOND REQUEST]**
23                                           :
24  _____
25

26     Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, Plaintiff, Lisa Bryant, and Defendants,

27 Madison Management Services, LLC, and Waldman & Porras, PLLC, (collectively known as the

28 "Parties) by and through their attorneys, hereby stipulate to stay all discovery deadlines and other

                                        - 1 -

deadlines in the February 1, 2021 Scheduling Order (ECF No. 39) as follows:

1. **Completed Discovery.**

The parties have exchanged initial disclosures. Parties have served written discovery.

2. **Remaining Discovery.**

Written discovery responses from Plaintiff and the parties' depositions.

3. **Good Cause.**

A Discovery Plan and Scheduling Order was approved by the Court on February 1, 2021. (ECF No. 39). On February 25, 2021, the Court approved a Stipulation and Order to Stay Discovery and Schedule Settlement Conference. (ECF NO. 41). The Court entered an Order Setting Settlement Conference on February 26, 2021, which, among other things, scheduled a mediation conference for March 30, 2021. (ECF No. 42). On March 25, 2021, the Court approved an Agreed Stipulation for Continuance of Settlement Conference and Due Date for Confidential Settlement Statement, which, among other things, scheduled a mediation conference for June 11, 2021. (ECF NO. 43). The parties attended the mediation on that day, but were unable to agree to a resolution. Regarding the proposed discovery deadlines, the Parties have used the June 11, 2021 mediation conference as the date to calculate the proposed discovery deadlines. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. Furthermore, a trial date has not been set at this time.

4. **Current Discovery Deadlines.**

- Discovery Cutoff: **August 5, 2021**
- Deadline to Amend Pleadings: **May 17, 2021**
- Deadline to Disclose Initial Expert Disclosures: **June 16, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures: **July 17, 2021**
- Dispositive Motion Deadline: **September 15, 2021**

- Joint Proposed Pretrial Order: **October 16, 2021**

5.      **Proposed Discovery Deadlines.**

- Discovery Cutoff: **December 8, 2021**
- Deadline to Amend Pleadings: **September 9, 2021**
- Deadline to Disclose Initial Expert Disclosures: **October 11, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures**: November 10, 2021**
- Dispositive Motion Deadline: **January 4, 2022**
- Joint Proposed Pretrial Order: **February 3, 2022**

WHEREAS, no prejudice will occur to this Court or the Parties if granted, good cause supports this request to extend discovery;

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The February 1, 2021 Scheduling Order (ECF No. 39) shall be amended as follows:

- Discovery Cutoff: **December 8, 2021**
- Deadline to Amend Pleadings: **September 9, 2021**
- Deadline to Disclose Initial Expert Disclosures: **October 11, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures**: November 10, 2021**
- Dispositive Motion Deadline: **January 4, 2022**
- Joint Proposed Pretrial Order: **February 3, 2022**

**IT IS SO STIPULATED.**

DATED: February 22, 2021                    DATED: February 22, 2021

FREEDOM LAW FIRM, LLC                    WALDMAN & PORRAS, PLLC


By: */s/ George Haines* _____          By: */s/Nicolas M. Porras* _____
    GEORGE HAINES, ESQ.                       NICOLAS M. PORRAS, ESQ.
    Nevada Bar No.: 9411                       Nevada Bar No.: 12849
    8985 S. Eastern Ave., Suite 350            201 West Liberty Street, Suite 207
    Las Vegas, NV 89123                        Reno, NV 89501
    *Attorney for Plaintiff*                   *Attorney for Defendants*
    LISA BRYANT                               MADISON MANAGEMENT SERVICES,
                                              LLC, AND PORRAS, PLLC
DANN LAW FIRM


By:/s/ Marc E. Dann _____
    Marc E. Dann, Esq.
    Ohio Bar No. 44115 (admitted pro hac)
    2728 Euclid Avenue, STE 300
    Cleveland, OH 44115
    *Counsel for Plaintiff Lisa A. Bryant*

## <u>ORDER GRANTING</u>

## <u>STIPULATION TO EXTEND DISCOVERY</u>

In consideration of the parties' stipulation and good cause showing, **IT IS ORDERED THAT** the February 1, 2021 Scheduling Order shall be amended as follows:

- Discovery Cutoff:  **December 8, 2021**
- Deadline to Amend Pleadings: **September 9, 2021**
- Deadline to Disclose Initial Expert Disclosures: **October 11, 2021**
- Deadline to Disclose Rebuttal Expert Disclosures:  **November 10, 2021**
- Dispositive Motion Deadline: **January 4, 2022**
- Joint Proposed Pretrial Order: **February 3, 2022**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2021