George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Ste. 350
Beltway Corporate Center
Las Vegas, NV 89123
Telephone: (702) 880-5554
ghaines@freedomlegalteam.com
*Counsel for Plaintiff Lisa A. Bryant*

Marc E. Dann, Esq.
Ohio Bar No. 44115 (admitted pro hac)
DANN LAW FIRM
2728 Euclid Avenue, STE 300
Cleveland, OH 44115
Telephone: (216) 373-0539
mdann@dannlaw.com
*Counsel for Plaintiff Lisa A. Bryant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LISA A. BRYANT, | : Case No.: 2:20-cv-00594-CDS-EJY |
| Plaintiff, | : |
| v. | : **Stipulation for an Extension of Time to** |
| | : **File Plaintiff's Reply to Defendants'** |
| MADISON MANAGEMENT SERVICES, | : **Opposition to Plaintiff's Motion for** |
| LLC, and WALDMAN & PORRAS, PLLC, | : **Summary Judgment and to File Joint** |
| | : **Pretrial Order** |
| Defendants. | : |
| | : **[FIRST REQUEST]** |

Plaintiff Lisa Bryant and Defendants Madison Management Services, LLC, and Waldman

& Porras, PLLC, (collectively known as the "Parties) hereby submit the following Stipulation for

an extension of time for Plaintiff to file her Reply to Defendants' Response in Opposition to

Plaintiff's Motion for Summary Judgment and for the Parties to file the Joint Pretrial Order. Plaintiff's counsel (Dann Law) is preparing for a trial and Plaintiff's other counsel (Freedom Law Firm) was out of the office from April 11, 2022 to April 18, 2022. Defense counsel is dealing with moving his mother and dealing with deadlines in other matters. This extension is requested in good faith and is not for purposes of delay or prejudice to any party.

**Procedural History**

On March 17, 2022, Plaintiff filed her Motion for Summary Judgment. (ECF No. 62). Defendants filed their Response in Opposition to Plaintiff's Motion for Summary Judgment on April 7, 2022. (ECF No. 63). Plaintiff's Reply is due April 21, 2022.

THEREFORE, the Parties hereby stipulate and agree to extend the deadline for Plaintiff's to file a Reply to May 5, 2022. Parties also hereby stipulate and agree to extend the deadline to file the Joint Pretrial Order to May 12, 2022.

/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////

1    **IT IS SO STIPULATED.**

2

3    DATED:  April 20, 2022                         DATED:  April 20, 2022

4    FREEDOM LAW FIRM                              WALDMAN & PORRAS, PLLC

5

6    By: */s/ George Haines*_____       By: */s/Nicholas M. Porras*_____
         GEORGE HAINES, ESQ.                          NICHOLAS M. PORRAS, ESQ.
7        Nevada Bar No.: 9411                         Nevada Bar No.: 12849
         8985 S. Eastern Ave., Suite 350              201 West Liberty Street, Suite 207
8        Las Vegas, NV  89123                         Reno, NV 89501
         *Attorney for Plaintiff*                     *Attorney for Defendants*
9        LISA BRYANT                                  MADISON MANAGEMENT SERVICES,
                                                      LLC, AND PORRAS, PLLC
10   DANN LAW FIRM

11

12   By:*/s/ Marc E. Dann*____
         Marc E. Dann, Esq.
13       Ohio Bar No. 44115 (admitted pro hac)
         2728 Euclid Avenue, STE 300
14       Cleveland, OH 44115
         *Counsel for Plaintiff Lisa A. Bryant*
15

16

17                                 **IT IS SO ORDERED**

18

19   _____

20                                 UNITED STATES DISTRICT JUDGE

21

22                                 Dated:  05/09/2022_____

23

24

25

26

27

28