NICHOLAS M. PORRAS, ESQ.
Nevada Bar No.: 12849
201 West Liberty Street, Suite 207
Reno, NV 89501
*Attorney for Defendants*
MADISON MANAGEMENT SERVICES,
LLC, WALDMAN AND PORRAS, PLLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA A. BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>MADISON MANAGEMENT SERVICES, LLC, and WALDMAN & PORRAS, PLLC,<br><br>Defendants. | Case No.: 2:20-cv-00594-CDS-EJY<br><br>**Stipulation for an Extension of Time to File a Joint Pretrial Order**<br><br>**[SECOND REQUEST]** |

Plaintiff Lisa Bryant and Defendants Madison Management Services, LLC, and Waldman & Porras, PLLC, (collectively known as the "Parties) hereby submit the following Stipulation for an extension of time for the Parties to file the Joint Pretrial Order. There are many potential exhibits at issue in this matter and the parties need additional time to confer with clients and opposing sides to minimize court involvement in issue regarding admissibility. In addition, recent filings of potential dispositive pleadings have altered trial strategy. Finally, the parties are seeking guidance as to potential trail dates. This extension is requested in good faith and is not for purposes of delay or prejudice to any party.

- 1 -

THEREFORE, the Parties hereby stipulate and stipulate and agree to extend the deadline to file the Joint Pretrial Order to June 8, 2022.

///

///

**IT IS SO STIPULATED.**

DATED: May 12, 2022                                   DATED: May 12, 2022

**FREEDOM LAW FIRM**                          **WALDMAN & PORRAS, PLLC**

By: /s/ George Haines                                    By: /s/Nicholas M. Porras
    GEORGE HAINES, ESQ.                        NICHOLAS M. PORRAS, ESQ.
    Nevada Bar No.: 9411                              Nevada Bar No.: 12849
    8985 S. Eastern Ave., Suite 350              201 West Liberty Street, Suite 207
    Las Vegas, NV 89123                              Reno, NV 89501
    *Attorney for Plaintiff*                                *Attorney for Defendants*
    LISA BRYANT                                         MADISON MANAGEMENT SERVICES, LLC, WALDMAN AND PORRAS, PLLC

**DANN LAW FIRM**

By:/s/ Marc E. Dann
    Marc E. Dann, Esq.
    Ohio Bar No. 44115 (admitted pro hac)
    2728 Euclid Avenue, STE 300
    Cleveland, OH 44115
    *Counsel for Plaintiff Lisa A. Bryant*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2022