George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Ste. 350
Beltway Corporate Center
Las Vegas, NV 89123
Telephone: (702) 880-5554
ghaines@freedomlegalteam.com
*Counsel for Plaintiff Lisa A. Bryant*

Marc E. Dann, Esq.
Ohio Bar No. 44115 (admitted pro hac)
DANN LAW FIRM
1500 Madison Avenue
Lakewood, OH 44107
Telephone: (216) 373-0539
mdann@dannlaw.com
*Counsel for Plaintiff Lisa A. Bryant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA A. BRYANT,<br><br>    Plaintiff<br><br>  v.<br><br>MADISON MANAGEMENT SERVICES, LLC, and WALDMAN & PORRAS, PLLC,<br><br>    Defendants | CASE NO. 2:20-cv-00594-CDS-EJY<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order in Chambers entered on December 2, 2022, the parties, by and through their counsel of record, hereby submit the following Joint Status Report and state the following: the Parties will file the Joint Pretrial Order within thirty (30) days of receiving the Court's ruling on Plaintiff's Motion for Summary Judgment. (ECF No. 62).

The Parties have had discussions with Judge's Chambers and all agreed that this was the course of action to take and was in compliance with the Discovery Plan and Scheduling filed by the Court on February 1, 2021. (ECF No. 39).

Respectfully submitted December 19, 2022.

FREEDOM LAW FIRM

By: /s/ George Haines
    GEORGE HAINES, ESQ.
    Nevada Bar No.: 9411
    8985 S. Eastern Ave., Suite 350
    Las Vegas, NV 89123
    *Attorney for Plaintiff*
    LISA BRYANT

DANN LAW FIRM

By: /s/ Marc E. Dann
    Marc E. Dann, Esq.
    Ohio Bar No. 44115 (admitted pro hac)
    15000 Madison Avenue
    Lakewood, OH 44107
    *Counsel for Plaintiff Lisa A. Bryant*

WALDMAN & PORRAS, PLLC

By: /s/Nicolas M. Porras
    NICOLAS M. PORRAS, ESQ.
    Nevada Bar No.: 12849
    201 West Liberty Street, Suite 207
    Reno, NV 89501
    *Attorney for Defendants*
    MADISON MANAGEMENT SERVICES, LLC, AND PORRAS, PLLC

IT IS SO ORDERED

_____
United States District Judge

Dated: December 21, 2022

2

CLAC 2198064.1