George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq,
Nevada Bar No. 15171
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada, 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
Attorneys for Plaintiff Lisa A. Bryant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA A. BRYANT,<br><br>Plaintiff<br><br>vs.<br><br>MADISON MANAGEMENT SERVICES, LLC, and WALDMAN & PORRAS, PLLC,<br><br>Defendants | **Case No. 2:20-cv-00594-CDS-EJY**<br><br>**Order Approving STIPULATION TO CONTINUE THE TRIAL SCHEDULED FOR NOVEMBER 4, 2024**<br>*( First Request)*<br><br>[ECF No. 92] |

Pursuant to Local Rules IA 6-1 and 7-1, plaintiff Lisa Bryant and defendants Madison Management Services LLC and Waldman & Porras, PLLC, by and through their respective counsel of record, hereby stipulate, agree and respectfully request that the Court continue the trial dated scheduled for November 4, 2024 (ECF No. 80) to the March

2025 Calendar Call. The Parties have agreed and have been ordered to participate in an in-person settlement conference scheduled for Thursday, December 5, 2024 before the United States Magistrate Judge Elayna J. Youchah. ECF No. 91. Therefore, the Parties respectively request that the November 4, 2024 trial date be continued to the March 2025 Calendar Call so that the Parties can participated in the settlement conference. This Stipulation is not for purposes of delay. This is the first request by the Parties.

Respectfully submitted October 13, 2024.

**FREEDOM LAW FIRM**

By: /s/ *George Haines*

George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

*Counsels for Lisa A. Bryant*

**DANN LAW FIRM**
Marc E. Dann, Esq.
15000 Madison Avenue
Lakewood, OH 44107

*Counsel for Lisa A. Bryant*
Admitted pro hac

**WALDMAN & PORRAS, PLLC**

By: /s/ *Nicolas M. Porras*

Nicolas M. Porras, Esq.
201 West Liberty Street, Suite 207
Reno, NV 89501

*Counsel for Madison Management Services, LLC and Porras, PLLC*

**ORDER**

IT IS ORDERED that the calendar call currently scheduled for October 24, 2024, at 9:30 a.m. is vacated and continued to April 1, 2025, at 9:30 a.m. in courtroom 6B..

IT IS FURTHER ORDERED that the jury trial currently scheduled for November 4, 2024, at 9:30 a.m. is vacated and continued to April 7, 2025, at 9:30 a.m. in courtroom 6B.

No further continuances will be granted if the parties are unable to reach an agreement at the December 5, 2024, settlement conference.

_____
Hon. Cristina D. Silva
United States District Judge