# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lisa A. Bryant, | Case No. 2:20-cv-00594-CDS-EJY |
| Plaintiff | **Order Directing Defendants to File a Second Corrected Image** |
| v. | |
| Madison Management Services, LLC, et al., | [ECF Nos. 115, 130] |
| Defendants | |

    Defendants Madison Management Services, LLC and Waldman & Porras move for an extension of time to file trial documents. ECF No. 115. During calendar call, defendants were advised that their motion contained references to filing and granting a motion for judgment on the pleadings. Counsel was advised to revise the motion then file a corrected image for the court's consideration. Although defendants have complied by correcting the image, they again "hereby file[ ] this Motion for Judgment on the Pleadings[.]" ECF No. 130 at 1. Defendants are again ordered to amend their motion for an extension of time to file trial documents and provide another corrected image by April 7, 2025.

Dated: April 2, 2025

_____
Cristina D. Silva
United States District Judge