1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8   LISA A. BRYANT,                                        )    Case #2:20-cv-00594-CDS-EJY
                                                          )
9                                                         )    **AMENDED**
                                                          )    **VERIFIED PETITION FOR**
10                 Plaintiff(s),                          )    **PERMISSION TO PRACTICE**
                                                          )    **IN THIS CASE ONLY BY**
11          vs.                                           )    **ATTORNEY NOT ADMITTED**
                                                          )    **TO THE BAR OF THIS COURT**
12   MADISON MANAGEMENT SERVICES,                         )    **AND DESIGNATION OF**
     LLC, ET AL.,                                         )    **LOCAL COUNSEL**
                                                          )
13                                                        )
                                                          )
14                 Defendant(s).                          )    **FILING FEE IS $250.00**
                                                          )
15                                                             [ECF No. 128]

16   _Damian George Waldman_ , Petitioner, respectfully represents to the Court:
     (name of petitioner)

17

18       1.    That Petitioner is an attorney at law and a member of the law firm of

     Law Offices of Damian G. Waldman, P.A.
19   _____
                                    (firm name)

20   with offices at _____ 10333 Seminole Blvd., Units 1 and 2 _____ ,
                                          (street address)

21
     Seminole                     , Florida                    [▼] ,    33778
22   _____ ,
         (city)                        (state)                          (zip code)

23   ____844-899-4162____ , ____damian@dwaldmanlaw.com____ .
     (area code + telephone number)        (Email address)

24
         2.    That Petitioner has been retained personally or as a member of the law firm by
25
     Madison Management Services, LLC        to provide legal representation in connection with
26   _____
              [client(s)]

27   the above-entitled case now pending before this Court.

28

Rev. 5/16

1    3.    That since _____ 2011 _____, Petitioner has been and presently is a
                           (date)

2    member in good standing of the bar of the highest Court of the State of  Florida

3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
                                                                            (state)

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Florida | 7/25/2011 | 0090502 |
| U.S. District Court Southern District of Florida | 2/1/2013 | |
| U.S. District Court Northern District of Florida | 1/26/2015 | |
| U.S. District Court Middle District of Florida | 8/25/2011 | |
| U.S. District Court Southern District of Texas | 1/29/2015 | 2523745 |
| U.S. District Court Eastern District of Texas | 3/12/2015 | |
| U.S. District Court Eastern District of Wisconsin | 12/27/2016 | |

19
20   5.    That there are or have been no disciplinary proceedings instituted against petitioner,
21   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
22   or administrative body, or any resignation or termination in order to avoid disciplinary or
23   disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> Florida Bar Association, New York Bar Associaton (voluntary bar)  The New York Bar is a voluntary bar and does not require membership into the State of New York. There is no bar number or any certificate of good standing. I use it for discounts on legal periodicals It is a private association not affiliated with the State of New York licensing agency.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied ▼ |
| | | | Denied ▼ |
| | | | Denied ▼ |
| | | | Denied ▼ |
| | | | Denied ▼ |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                           Petitioner's signature
    STATE OF Florida          [▼]  )
5
    COUNTY OF  PINELLAS            )
6

7   Damian Waldman        , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                          _____
                                                           Petitioner's signature
10  Subscribed and sworn to before me this

11
    31  day of  March        , 2025
12                                                    ┌─────────────────────────────┐
                                                      │  SABRINA STANNEY            │
13  _____                           │  MY COMMISSION # HH 593439  │
          Notary Public or Clerk of Court             │  EXPIRES: October 28, 2028  │
14                                                    └─────────────────────────────┘

15

16          DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
            THE BAR OF THIS COURT AND CONSENT THERETO.
17
        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
    believes it to be in the best interests of the client(s) to designate    Nicholas M. Porras    ,
19                                                                           (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23                          201 West Liberty St., Suite 207                                    ,
                                   (street address)
24
               Reno              , Nevada              [▼],         89501        ,
25            (city)                      (state)               (zip code)

26        775-525-9246        ,     nick@dwaldmanlaw.com      .
       (area code + telephone number)     (Email address)
27

28                                        4
                                                                          Rev 5/16

Docusign Envelope ID: EF73161A-47E5-4DC3-8D13-9807894E4144

1 | By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2 | agreement and authorization for the designated resident admitted counsel to sign stipulations

3 | binding on all of us.

4

5 | ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7 | The undersigned party(ies) appoint(s) _____Nicholas M. Porras_____ as
(name of local counsel)

8 | his/her/their Designated Resident Nevada Counsel in this case.

9

DocuSigned by:

*Kevin Cordell*

10 | (party's signature)

11 | Madison Management Services, LLC    President

12 | (type or print party name, title)

13 | (party's signature)

14

15 | (type or print party name, title)

16

### CONSENT OF DESIGNEE

17 | The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20 | Designated Resident Nevada Counsel's signature

21 | 12849                    nick@dwladmanlaw.com
Bar number               Email address

22

23

**APPROVED:**

24 | **Dated:**   April 17, 2025

25

26 | UNITED STATES DISTRICT JUDGE

27

28 | 5                                    Rev. 5/16