UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Lisa A. Bryant,

        Plaintiff

v.

Madison Management Services, LLC, et al.,

        Defendants

Case No. 2:20-cv-00594-CDS-EJY

**Order Denying as Moot Defendants' Motion for an Extension of Time**

[ECF No. 115]

    Defendants Madison Management Services, LLC and Waldman & Porras move for an extension of time to file trial documents pursuant to Federal Rule of Civil Procedure 6(b)(1)(A). Mot., ECF No. 115.[1] The defendants argue that there is good cause to allow the extension because their pending motion to continue the trial date caused confusion as to the deadlines. *Id.* at 2. At the time of filing, this case was set for trial to commence on April 7, 2025.[2] Order, ECF No. 94. Therefore, as set forth in my order regarding trial, the parties' trial documents were due **"at least seven business days prior to the commencement of a trial,"** *id.* at 3, thereby making the deadline March 27, 2025. Although the defendants filed their proposed verdict forms, voir dire, witness lists, exhibit lists, and jury instructions on March 28, 2025 (ECF Nos. 116–19, 122–26),[3] the trial was ultimately continued to May 21, 2025 (ECF No. 143). For that reason, defendants' motion for an extension of time **[ECF No. 115] is denied as moot**.

    Dated: April 17, 2025

                                            _____
                                            Cristina D. Silva
                                            United States District Judge

---

[1] Corrected image at ECF No. 132.
[2] During the April 1, 2025 calendar call, the trial was set to be begin at the conclusion of an ongoing criminal trial (estimated to be April 9). ECF No. 129.
[3] Defendants are reminded they must submit their proposed jury instructions in Word format, to CDS_chambers@nvd.uscourts.gov. ECF No. 94 at 3.