UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| LISA A. BRYAN<br>    Plaintiff, | CASE: 2:20-CV-00594-CDS-EJY |
| vs. | MINUTES OF THE COURT |
| MADISON MANAGEMENT SERVICES LLC<br>    Defendant. | Dated: May 20, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:   D. SAAVEDRA        COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR PLAINTIFF: George Haines and Jeffrey Crossman

COUNSEL FOR DEFENDANT(S): Nicholas Porras and Nadine Morton

PROCEEDINGS: Jury Trial Day 1

    Proceedings begin at 9:01 a.m. Parties are present.

    The Court makes preliminary remarks and hears representations from counsel.

    Proceedings recess from 9:17 a.m. – 9:34 a.m.

    48 proposed jurors enter the courtroom at 9:34 a.m. and are sworn. Voir Dire begins.

    Proceedings recess from 10:47 a.m. – 10:52 a.m.

    Voir Dire resumes.

    Counsel exercise peremptory challenges.

    8 jurors are seated and sworn.

    Proceedings recess from 12:21 p.m. – 1:32 p.m.

    Mr. Crossman presents opening statements for Plaintiff.

    Ms. Morton presents opening statements for Defense.

LISA A. BRYANT V. MADISON MANAGEMENT SERVICES, LLC
2:20-CV-00594-CDS-EJY
MAY 20, 2025
PAGE 2

    **Nicholas Porras** is sworn to testify as a witness for Plaintiff. Mr. Haines examines the witness. Plaintiffs' exhibit 8, 6, 4, 27 are marked and admitted.

    Proceedings recess from 3:00 p.m. – 3:16 p.m.

    **Nicholas Porras** resumes the witness stand. Mr. Haines resumes with examination. Plaintiff's exhibit 19, 7, 9 are marked and admitted. Mr. Haines passes the witness for cross examination. Ms. Morton cross examines the witness. Defense exhibit 12 is marked and admitted. After further examination by Mr. Haines, the witness is excused.

    Plaintiff parties moves to admit Exhibit 37 is admitted.

    Proceedings recess from 4:30 p.m. – 4:39 p.m.

    **Lisa Bryant** is sworn to testify as a witness for Plaintiff. Mr. Crossman examines the witness. Parties stipulate to admit plaintiff's exhibits 2 and 3. Exhibits 2 and 3 are marked and admitted.

    Jurors are admonished and excused at 4:47 p.m.

    Outside the presence of the jury, matters are discussed.

    Proceedings recess at 5:00 p.m.

    **IT IS ORDERED that the jury trial is continued to Wednesday, May 21, 2025, at 9:30 a.m. in courtroom 6B.**

    DEBRA K. KEMPI, CLERK
United States District Court
By: \_\_\_\_/s/_____
D. Saavedra, Deputy Clerk