UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| LISA A. BRYANT<br>　　　Plaintiff, | CASE: 2:20-CV-00594-CDS-EJY |
| vs. | MINUTES OF THE COURT |
| MADISON MANAGEMENT SERVICES, LLC et al.,<br>　　　Defendant. | |
| | Dated: May 22, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:    D. SAAVEDRA        COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR PLAINTIFF: George Haines and Jeffrey Crossman

COUNSEL FOR DEFENDANT(S): Nicholas Porras, Damian Waldman, and Nadine Morton

PROCEEDINGS: Jury Trial Day 3

　　　Proceedings begin at 9:32 a.m. Parties are present.

　　　The Court denies defendants' request to recross Ms. Bryant.

　　　Jurors are present at 9:35 a.m.

　　　**Nancy Garnett** is sworn to testify as a witness for Plaintiff. Mr. Crossman examines the witness. Mr. Crossman passes the witness for cross examination. Ms. Morton examines the witness. After additional examination by Mr. Crossman and Mr. Morton, the witness is excused.

　　　Proceedings recess from 10:22 a.m.-10:35 a.m.

　　　**Kevin Cordell** is sworn to testify as a witness for Plaintiff. Mr. Crossman examines the witness. Plaintiffs exhibit 26 and 27 are marked and admitted. Mr. Crossman passes the witness for cross examination. Ms. Morton examines the witness.

　　　Jurors are excused for lunch at 12:32 p.m.

　　　Outside the presence of the jury matters are discussed.

LISA A. BRYANT V. MADISON MANAGEMENT SERVICES, LLC
2:20-CV-00594-CDS-EJY
MAY 22, 2025
PAGE 2

Proceedings recess from 12:34 p.m. – 1:07 p.m.

Matters discussed outside the jury's presence.

Jurors are present at 1:11 p.m.

**Kevin Cordell** resumes the witness stand. Ms. Morton continues with cross examination. Plaintiffs exhibit 5 is marked and admitted. After further examination by Mr. Crossman and Ms. Morton, the witness is excused.

Plaintiff rests.

Juror question addressed on the record.

Jurors exit at 2:14 p.m.

Outside the presence of the jury, defense counsel makes Rule 50A motion. Parties make argument.

Proceedings recess from 2:36 p.m. – 2:47 p.m.

Matters discussed outside the jury's presence. The Court makes ruling on the record. Further defense is to file brief argument and no later than 7 a.m. tomorrow.

Jurors are present at 2:58 p.m.

**Howard Katz** is sworn to testify as a witness for defense. Ms. Morton examines the witness. Ms. Morton passes the witness for cross examination. Mr. Crossman examines the witness. After further examination by Ms. Morton, the witness is excused.

Jurors are admonished and excused at 3:45 p.m.

Matters are discussed outside the jury's presence.

Proceedings recess at 3:52 p.m.

LISA A. BRYANT V. MADISON MANAGEMENT SERVICES, LLC
2:20-CV-00594-CDS-EJY
MAY 22, 2025
PAGE 3

**IT IS ORDERED** that the jury trial is continued to Friday, May 23, 2025, at 9:30 a.m. in courtroom 6B.

        DEBRA K. KEMPI, CLERK
        United States District Court
        By: ___/s/_____
        D. Saavedra, Deputy Clerk