UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| LISA A. BRYANT<br>    Plaintiff, | CASE: 2:20-CV-00594-CDS-EJY |
| vs. | MINUTES OF THE COURT |
| MADISON MANAGEMENT SERVICES, LLC et al.,<br>    Defendant. | Dated: May 23, 2025 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:   D. SAAVEDRA         COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR PLAINTIFF: George Haines and Jeffrey Crossman

COUNSEL FOR DEFENDANT(S): Nicholas Porras, Damian Waldman, and Nadine Morton

PROCEEDINGS: Jury Trial Day 4

    Proceedings begin at 9:32 a.m. Parties are present.

    Jurors are present at 9:35 a.m.

    **Kevin Cordell** previously sworn is recalled for defense. Ms. Morton examines the witness. Ms. Morton passes the witness for cross examination. Mr. Crossman examines the witness. After further examination by Ms. Morton and Mr. Crossman, the witness is excused.

    **Damian Waldman** is sworn to testify as a witness. Ms. Morton examines the witness. Ms. Morton passes the witness for cross examination.

    **Nicholas Porras** previously sworn is recalled to the witness stand for defense. Ms. Morton examines the witness. Ms. Morton passes the witness for cross examination. Mr. Crossman examines the witness. Ms. Morton re-direct examines the witness.

    Proceedings recess from 11:04 a.m.- 11:18 a.m.

    **Nicholas Porras** resumes the witness stand. Ms. Morton continues with examination. After further examination by Mr. Crossman and Ms. Morton, the witness is excused.

LISA A. BRYANT V. MADISON MANAGEMENT SERVICES, LLC
2:20-CV-00594-CDS-EJY
MAY 23, 2025
PAGE 2

Defense rests.

Jurors are admonished and excused at 11:32 a.m.

Outside the presence of the jury matters are discussed. The Court makes Defendants Rule 50A as to the Fair Debut Collection Practices Act is denied.

Proceedings recess from 12:17 p.m. – 1:17 p.m.

Jury Instructions are discussed.

Proceedings recess at 2:28 p.m.

**IT IS ORDERED that the jury trial is continued to Tuesday, May 27, 2025, at 9:15 a.m. and jury to be present at 11:00 a.m. in courtroom 6B.**

DEBRA K. KEMPI, CLERK
United States District Court
By: ___/s/_____
D. Saavedra, Deputy Clerk